IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BILLY MALONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 08-752-GPM |
| ) | |
| AIRGAS-MIDAMERICA, RADNOR- ) | |
| WELDING PRODUCTS, NORTON ) | |
| DIVISION OF SAINT-GOBAIN ) | |
| ABRASIVES, INC., and AIRGAS SAFETY, ) | |
| INC., ) | |
| | |
| Defendants. | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, and the parties have advised that the action has been settled in its entirety.

**IT IS ORDERED** that this action is **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**: January 5, 2010

NANCY J. ROSENSTENGEL, CLERK

By: s/ Linda M. McGovern
  Deputy Clerk

APPROVED:  s/G. Patrick Murphy
      G. Patrick Murphy
      United States District Judge